**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 17, 2011.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00922-CV

———————

## ROBERT W. WALKER, BONNIE WALKER and PATRICIA WALKER, Appellants

## V.

## TEXAS STATE BANK, Appellee

---

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1000515**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 12, 2011. On November 9, 2011, the parties filed a joint motion to dismiss the appeal because all matters in controversy have been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.